**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:17-cv-02461-___

INSPIRE COMMERCE, INC.,
a Colorado corporation,

      Plaintiff,

v.

ENVISTA INTERACTIVE SOLUTIONS LLC,
d/b/a ENSPIRE COMMERCE
an Indiana limited liability company,

      Defendants.

**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF INSPIRE COMMERCE, INC. PURSUANT TO FED. R. CIV. P. 7.1(a)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Inspire Commerce, Inc., ("Inspire") files this Disclosure Statement and hereby certifies that Inspire has no corporate parent or affiliate, and that no publicly held corporation owns 10% or more of Inspire's stock.

2

Dated: October 13, 2017　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　By:　*s/ John C. Heuton*
　　　　　　　　　　　　　　　　　　　Robert R. Brunelli
　　　　　　　　　　　　　　　　　　　John C. Heuton
　　　　　　　　　　　　　　　　　　　Caroline E. Bryce
　　　　　　　　　　　　　　　　　　　SHERIDAN ROSS P.C.
　　　　　　　　　　　　　　　　　　　1560 Broadway, Suite 1200
　　　　　　　　　　　　　　　　　　　Denver, Colorado, 80202
　　　　　　　　　　　　　　　　　　　Telephone: 303-863-9700
　　　　　　　　　　　　　　　　　　　Facsimile:　　303-863-0223
　　　　　　　　　　　　　　　　　　　E-mail: rbrunelli@sheridanross.com
　　　　　　　　　　　　　　　　　　　　　　jheuton@sheridanross.com
　　　　　　　　　　　　　　　　　　　　　　cbryce@sheridanross.com
　　　　　　　　　　　　　　　　　　　　　　litigation@sheridanross.com

　　　　ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

The hereby certify that on October 13, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in the above-referenced matter.

*s/ Janaya Guerrero*
Janaya Guerrero
Assistant to John C. Heuton
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202-5141
Telephone:  303-863-9700
Facsimile:  303-863-0223
Email:  jguerrero@sheridanross.com
            litigation@sheridanross.com