AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| INSPIRE COMMERCE, INC., a Colorado corporation, <br><br> *Plaintiff(s)* <br><br> v. <br><br> ENVISTA INTERACTIVE SOLUTIONS LLC d/b/a ENSPIRE COMMERCE, and RETAILPOINT II, LLC, d/b/a RETAILPOINT <br><br> *Defendant(s)* | Civil Action No. 1:17-cv-02461-CMA-STV |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* RETAILPOINT II, LLC d/b/a RETAILPOINT
11711 North Meridian Street, Suite 415
Carmel, Indiana 46032

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Robert R. Brunelli
John C. Heuton
Caroline E. Bryce
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200
Denver, Colorado 80202

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 01/08/2018

s/A. Thomas, Deputy Clerk
*Signature of Clerk or Deputy Clerk*

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Colorado

Case Number: 1:17-CV-02461-CMA-STV

Plaintiff:
**Inspire Commerce, Inc., a Colorado Corporation**

vs.

Defendant:
**Envista Interactive Solutions LLC d/b/a Enspire Commerce, an Indiana limited liability company**

Received by EXPRESS PROCESS SERVICE, INC. on the 9th day of January, 2018 at 8:38 am to be served on **Retailpoint II, LLC d/b/a Retailpoint, 11711 North Meridian Street, Suite 415, Carmel, IN 46032.**

I, Charles Bollinger, being duly sworn, depose and say that on the **9th day of January, 2018** at **2:45 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Case Issued by Court and Magistrate Consent Form (Dkt 24); Minute Order From Status Conference (Dkt 23); First Amended Complaint with Jury Demand; Exhibits A-J (Dkt 18); Magistrate Consent and Election Form (Dkt 4-1)** to: Nancy Grieshop at the address of: **11555 N Meridian Street, Suite 310, Carmel, IN 46032**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
1/9/2018  2:45 pm  On January 8, 2017 at 10:50AM, I attempted service at the listed service address and determined it was no longer at the address.
   At 2:45PM, I served Receptionist Nancy Grieshop, 317-208-9100 X 547 at 11555 N Meridian - Suite#300, Carmel, IN, 46032.  (Determined address through previous service on Envista Interactive).
   Nancy Grieshop stated she was authorized to accept service and Retail Point II was a 3rd Party Company and the service would be provided to HR.

**Description** of Person Served: Age: 60, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 150, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Charles Bollinger

Subscribed and Sworn to before me on the 10th day of January, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

**EXPRESS PROCESS SERVICE, INC.**
41 South Post Road
Indianapolis, IN 46219
(317) 890-1055

Our Job Serial Number: CRT-2018000110
Ref: 8797-1

KATE VICTORIA PETRI
Notary Public – Seal
Marion County – State of Indiana
Commission Number 708011
My Commission Expires Nov 28, 2025

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2g